EAO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08cr262

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | INFORMATION |
| | ) | |
| FERNANDO MICHAEL NUNEZ | ) | |

The United States Attorney charges that:

On or about August 14, 2007, in the Eastern District of North Carolina, FERNANDO MICHAEL NUNEZ, defendant herein, did knowingly and intentionally possess with the intent to distribute more than 100 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

GEORGE E.B. HOLDING
United States Attorney

BY: ETHAN A. ONTJES
Assistant United States Attorney