IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-262-D
No. 5:11-CV-193-D

| | |
|---|---|
| FERNANDO MIGUEL NUNEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On April 11, 2014, Fernando Miguel Nunez ("Nunez") filed a motion for reconsideration. See [D.E. 66]. The motion concerns this court's order of March 24, 2014, granting the government's motion to dismiss Nunez's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. See [D.E. 64].

The court has considered the motion for reconsideration under the governing standard. See, e.g., Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). The motion [D.E.66] lacks merit and is DENIED.

SO ORDERED. This 14 day of April 2014.

JAMES C. DEVER III
Chief United States District Judge