IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-262-D
No. 5:11-CV-193-D

| | |
|---|---|
| FERNANDO MIGUEL NUNEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

On April 24, 2015, Fernando Miguel Nunez filed a motion to recall the mandate [D.E. 78].

The motion [D.E. 78] is DENIED as frivolous.

SO ORDERED. This **27** day of April 2015.

                                            JAMES C. DEVER III
                                            Chief United States District Judge