IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-262-D
No. 5:11-CV-193-D

| | |
|---|---|
| FERNANDO MIGUEL NUNEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On May 15, 2015, Fernando Miguel Nunez ("Nunez") filed a motion for reconsideration concerning this court's denial of his motion to recall the mandate [D.E. 81]. On July 10, 2015, Nunez filed a motion "for judgment on the pleadings" [D.E. 82]. Nunez is a frequent filer, who is disappointed with his incarceration. See [D.E. 34, 44, 47, 63, 66, 67, 68, 71, 75, 77, 78, 80, 81, 82]. In his latest motion, Nunez requests findings of fact.

The court finds Nunez's latest motions to be frivolous. The motions [D.E. 81, 82] are DENIED.

SO ORDERED. This 10 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge