IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-262-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FERNANDO MIGUEL NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than September 10, 2021, the United States shall respond to defendant's motion for relief [D.E. 140-2].

SO ORDERED. This _18_ day of August 2021.

JAMES C. DEVER III
United States District Judge