# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:08-CR-262-D

|                              |     |         |
|------------------------------|-----|---------|
| UNITED STATES OF AMERICA,    | )   |         |
|                              | )   |         |
| v.                           | )   | **ORDER** |
|                              | )   |         |
| FERNANDO MIGUEL NUNEZ,       | )   |         |
|                              | )   |         |
| Defendant.                   | )   |         |

For the reasons stated in the government's response in opposition to defendant's <u>pro</u> <u>se</u> motion for relief from his criminal judgment under Federal Rule of Civil Procedure 60(b) [D.E. 145], the court DENIES defendant's motion [D.E. 140].

SO ORDERED. This 22 day of October, 2021.

JAMES C. DEVER III
United States District Judge