IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-262-D

UNITED STATES OF AMERICA    )
    )
v.    )
    )
FERNANDO MIGUEL NUNEZ,    )        **ORDER**
    )
    )
Defendant.

The court DENIES as meritless defendant's motion for an audit [D.E. 214].

SO ORDERED. This 13 day of March, 2026.

JAMES C. DEVER III
United States District Judge